UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION 3:11-CV-493-H

MISTY THOMPSON                                                                                          PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

On May 7, 2012, Magistrate Judge Dave Whalin issued Findings of Fact, Conclusions of Law and a Recommendation that the decision of the Commissioner denying Plaintiff's application for SSI benefits be affirmed. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation and agrees with it. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's recommendations are AFFIRMED and Plaintiff's application for SSI benefits are DENIED.

This is a final order.

cc:     Counsel of Record